MICHAEL S. DICKE (Cal. Bar No. 158187)
    DickeM@sec.gov
ROBERT L. MITCHELL (Cal. Bar No. 161354)
    MitchellR@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. MELLERT and ROMAN D. MAYER,<br><br>Defendants, | Case No.  3:03-cv-00619-01-MHP<br><br>[PROPOSED] ORDER ON SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF |

## ORDER GRANTING ADMINISTRATIVE RELIEF

Pursuant to Civil Local Rule 7-11, plaintiff Securities and Exchange Commission ("Commission") has filed an ex parte motion with the Court for an Order that authorizes: (1) the payment of interest owed as a result of the late payment of taxes on certain funds now held in the Court registry relating to this matter; (2) the payment of the tax administrator's fees; and (3) the distribution of the remaining amounts on deposit in the Court registry pursuant to a plan of distribution previously approved by the Court. The Court having reviewed the motion, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

(1) the Clerk shall issue a check in the amount of $1,520.13 from the joint funds being held in the Court registry relating to the Final Judgment of Permanent Injunction against Roman D. Mayer, dated February 13, 2003 (Docket Item 5) and the Final Judgment of Permanent Injunction against Kenneth W. Mellert, dated March 29, 2006 (Docket Item 47). The check shall be payable to "Damasco & Associates, Trust Account" and shall be mailed to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, California 94019. Damasco & Associates is authorized to use these funds only for the purpose of paying interest owed as a result of the late payment of accumulated taxes on the Fund established by the Court's prior order of June 15, 2009 (Docket Item 53);

(2) the Clerk shall issue a separate check in the amount of $5,140.34 from the joint funds being held in the Court registry relating to the Final Judgment of Permanent Injunction against Roman D. Mayer, dated February 13, 2003 (Docket Item 5) and the Final Judgment of Permanent Injunction against Kenneth W. Mellert, dated March 29, 2006 (Docket Item 47). The check shall be payable to "Damasco & Associates LLP" and shall be mailed to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, California 94019. Damasco & Associates is authorized to use these funds in payment for its services as tax administrator for the Fund through January 29, 2010; and

    (3)    for each party listed in Exhibit A to this Order, the Clerk shall issue a check in the amount shown for that party in Exhibit A. The checks shall be issued from the joint funds being held in the Court registry relating to the Final Judgment of Permanent Injunction against Roman D. Mayer, dated February 13, 2003 (Docket Item 5) and the Final Judgment of Permanent Injunction against Kenneth W. Mellert, dated March 29, 2006 (Docket Item 47). The Clerk shall mail all such checks to the attention of the Commission's counsel in this case, Robert L. Mitchell, Securities and Exchange Commission, 44 Montgomery Street, 26th Floor, San Francisco, California 94104. Commission counsel shall then mail the checks to each party at the address shown in Exhibit A, along with a cover letter that notifies the party that the check is the result of a Court-ordered distribution in this case.

**SO ORDERED.**

DATED: __April 30_____, 2010



_____
Hon. M[...]
U.S. D[...]

IT IS SO ORDERED
Judge Marilyn H. Patel

# EXHIBIT A

## COUNTER-PARTIES AND PROPOSED DISTRIBUTION AMOUNTS

| NAME | CONTRACTS HELD | PRO RATA SHARE | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Botta Capital Management<br>440 S. LaSalle Street, Suite 960<br>Chicago, IL 60605 | 150 | 30.000% | $64,994.49 |
| Cutler Group, LP<br>440 S. LaSalle Street, Suite 1124<br>Chicago, IL 60605 | 47 | 9.400% | $20,364.94 |
| DHK Trading, LLC<br>175 W. Jackson, Suite 400<br>Chhicago, IL 60604 | 47 | 9.400% | $20,364.94 |
| Everest Trading, LLC<br>440 S. LaSalle Street, Suite 3100<br>Chicago, IL 60605 | 47 | 9.400% | $20,364.94 |
| Group One Trading, LP<br>440 S. LaSalle Street, Suite 3232<br>Chicago, IL 60605 | 20 | 4.000% | $8,665.93 |
| Rubcon Investment LLC<br>440 S. LaSalle Street, Suite 753<br>Chicago, IL 60605 | 47 | 9.400% | $20,364.94 |
| Susquehanna Securities &<br>Susquehanna Investment Group<br>175 W. Jackson, Suite 1700<br>Chicago, IL 60604 | 48 | 9.600% | $20,798.24 |

## COUNTER-PARTIES AND PROPOSED DISTRIBUTION AMOUNTS

| NAME | CONTRACTS HELD | PRO RATA SHARE | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Tahoe Trading LLC<br>440 S. LaSalle Street, Suite 3420<br>Chicago, IL 60605 | 47 | 9.400% | $20,364.94 |
| Third Millenium Trading LLC<br>440 S. LaSalle Street, Suite 2910<br>Chicago, IL 60605 | 47 | 9.400% | $20,364.94 |
| **TOTALS** | **500** | **100%** | **$216,648.30** |